CLOSED, JCS, JURY, STAYED

# U.S. District Court
## Southern District of Mississippi (Jackson)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00615-DPJ-JCS

Williams v. Davol, Inc. et al
Assigned to: District Judge Daniel P. Jordan, III
Referred to: Magistrate Judge James C. Sumner
Case in other court: Pike Circuit Court, 07-00245-PCT
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/16/2007
Date Terminated: 11/26/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Margaret Williams**

represented by **Wayne Dowdy**
DOWDY & COCKERHAM
P. O. Box 30
Magnolia, MS 39652
(601) 783-6600
Email: waynedowdy@waynedowdy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware Corporation*

represented by **Robert H. Pedersen**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: bpedersen@watkinseager.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mildred M. Morris**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: mmorris@watkinseager.com
*ATTORNEY TO BE NOTICED*

**Ronald Edward McMillan**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650

(601) 965-1900
Fax: (601) 965-1901
Email: rmcmillan@watkinseager.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.**
*a New Jersey Corporation*

represented by **Robert H. Pedersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mildred M. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Edward McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2007 | 1 | NOTICE OF REMOVAL by Davol, Inc., C. R. Bard, Inc. from Pike Circuit Court, case number 07-245-PCT. ( Filing fee $ 350 receipt number 021804) State court record maintained in file. (Attachments: # 1 Civil Cover Sheet # 2 Lower Court Complaint)(THR) (Entered: 10/17/2007) |
| 10/17/2007 | 2 | Corporate Disclosure Statement by Davol, Inc., C. R. Bard, Inc. (Pedersen, Robert) (Entered: 10/17/2007) |
| 10/19/2007 | 3 | ANSWER to Complaint with Jury Demand by Davol, Inc., C. R. Bard, Inc..(Pedersen, Robert) (Entered: 10/19/2007) |
| 10/24/2007 | 4 | Rule 16.1(A) Initial Order Telephonic Case Management Conference set for 11/26/2007 11:00 AM before Magistrate Judge James C. Sumner (CSF) (Entered: 10/24/2007) |
| 10/30/2007 | 5 | NOTICE *Of CTO-8* by Davol, Inc., C. R. Bard, Inc. (Attachments: # 1 Exhibit "A" CTO-8)(Pedersen, Robert) (Entered: 10/30/2007) |
| 11/19/2007 | 6 | COPY OF CONDITIONAL TRANSFER ORDER (CTO-8) (Attachments: # 1 MDL Cover Letter)(THR) (Entered: 11/20/2007) |
| 11/20/2007 | 7 | ORDER STAYING DISCOVERY pending transfer to MDL. Case stayed. The Telephonic Case Management Conferece is hereby cancelled. Signed by Judge James C. Sumner on November 20, 2007 (CSF) (Entered: 11/20/2007) |
| 11/26/2007 | 8 | CERTIFIED COPY OF TRANSFER ORDER (CTO-8) transferring this case to the District of Rhode Island (THR) (Entered: 11/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/11/2007 11:23:20 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00615-DPJ-JCS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |